■ Marilyn Sacklow, Respondent, v Lyla Abramson, Appellant. [918 NYS2d 896]—

The Supreme Court properly granted that branch of the plaintiff's motion which was for summary judgment on the issue of liability (see Zuckerman v City of New York, 49 NY2d 557, 562 [1980]). The plaintiff established her prima facie entitlement to judgment as a matter of law on the issue of liability, and the defendant failed to raise a triable issue of fact in opposition. Mastro, J.P., Chambers, Lott and Cohen, JJ., concur.